UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jonathan Lee Riches © d/b/a
Dr. Blood's orgy of Organs,
Plaintiff

CIVIL NO:

V.

2:07-CV-2661 LKK CMK PC

Colin Cowherd d/b/a "The Herd", ESPN Radio,
Defendants

Complaint

A Herd of Lies / Defamation of Philly sports teams / 42 U.S.C 1983 / TRO

Comes now the Plaintiff, Jonathan Lee Riches d/b/a Dr. Bloods orgy of organs, pro-se, under 42 USC 1983. This Court has Jurisdiction because ESPN Broadcasts "the Herd" on airwaves in this district. I'm currently at FCI Williamsburg in S. Carolina in Solitary Confinement. I'm suffering ear poisoning weekdays at 10am eastern from listening to Defendants on my walkman. Defendants show "the Herd" is the only station to come in clear in solitary. I'm subjected to lies and propaganda from "the Herd". Cowherd plays a weekly game called "Wheel of genius", this is violating my intellectual property, thats my invention. Cowherd has discrimination against Philly Sports teams, he's Anti McNabb, and made fun of Jimmy Rollins getting the NL MVP for 2007, this damaged my feelings. Cowherd has a secret Affair with Amanda from the show, saw them at a Ohio State Best Western together. Fish comes from the Bottom of the salt lake. Cowherd Lies on the show, claims he goes to the gym after work, instead I seen him at Starbucks with Lloyd Carr. Cowherd is "Spanning the globe" with my mind giving me a constant variety of sports hernias. Cowherd is a double Agent, also works part time at Fox Sports Net, he collects double paychecks with ESPN. Cowherd violated a court gag order talking about my Barry Bonds lawsuit I filed. I've been injured from Cowherd, I got serious Brain damage, Cowherd invades my mind 24/7. I move to a restraining order to stop the show, stop my solitary confinement torture. I pray for relief and seek 25 million dollars from Defendants. Amen

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted,

Jonathan Lee Riches ©

(PC) Riches v. Cowherd et al    Doc. 1