**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JONATHAN LEE RICHES,                    No. CIV S-07-2661-LKK-CMK-P
dba Dr. Blood's Orgy of Organs,

      Plaintiff,

  vs.                                                     ORDER

COLIN COWHERD, dba The Herd, et al.,

      Defendants.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil action.  The matter was

referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On January 22, 2008, the magistrate judge filed findings and recommendations

herein which were served on the parties and which contained notice that the parties may file

objections within a specified time.  No objections to the findings and recommendations have

been filed.

      The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis.

/ / /

1         Accordingly, IT IS HEREBY ORDERED that:

2             1.     The findings and recommendations filed January 22, 2008, are adopted in

3 full;

4             2.     This action is dismissed for lack of prosecution and failure to comply with

5 court rules and orders; and

6             3.     The Clerk of the Court is directed to enter judgment and close this file.

7       DATED: April 7, 2008.

8

9

10                 LAWRENCE K. KARLTON
                      SENIOR JUDGE

11                  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26