IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,  
dba Dr. Blood's Orgy of Organs,

    Plaintiff,

  vs.

COLIN HERD, dba The Herd, et al.,

    Defendants.

No. CIV S-07-2661-LKK-CMK-P

ORDER

    Plaintiff, a state prisoner proceeding pro se, brought this civil action. Final judgment was entered on April 7, 2008, and plaintiff did not file a notice of appeal. Because this matter is closed, plaintiff's motion filed on January 13, 2009 (Doc. 7) is disregarded. The Clerk of the Court is directed to terminate the matter as a pending motion on the court's docket. No further filings will be considered in this closed matter.

    IT IS SO ORDERED.

DATED: January 15, 2009

                                            **CRAIG M. KELLISON**  
                                            UNITED STATES MAGISTRATE JUDGE